| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | RAMIN ODISHO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-0260 LJO-SKO |
|---|---|---|
| Plaintiff, | ) ) | *REVISED* STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | HEARING |
| RAMIN ODISHO, | ) ) | DATE: December 3, 2012 |
| Defendant. | ) ) | TIME: 1:00 P.M. JUDGE: Hon. Sheila K. Oberto |
| | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 15, 2012, **may be continued to December 3, 2012 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. Defense counsel is in receipt of the initial discovery. The government will in the near future provide an additional audio recording. Defense also has substantial investigation it needs to complete in this case. The parties have had preliminary discussions regarding this case and wish to continue to attempt to reach a resolution.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.

§§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                  Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                United States Attorney

DATED: October 11, 2012         By:   /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: October 11, 2012         By:   /s/ Charles J. Lee
                                           CHARLES J. LEE
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           RAMIN ODISHO

# O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 11, 2012**               **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE