JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMIN ODISHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-0260 LJO-SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING |
| v. | ) | |
| | ) | DATE: March 18, 2013 |
| RAMIN ODISHO, | ) | TIME: 1:00 P.M. |
| | ) | JUDGE: Hon. Sheila K. Oberto |
| Defendant. | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the status conference in the above-captioned matter now set for February 4, 2012, **may be**

**continued to March 18, 2013 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of defense counsel as defense needs additional time in

preparation of this case. The parties have had settlement discussions and defense is currently preparing a

counter-offer. Defense also has now completed some investigation and intends to provide reciprocal

discovery along with the counter-offer.

The requested continuance is with the intention of conserving time and resources for both

parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in

the interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.

§§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 29, 2013          By:   /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       JOSEPH SCHLESINGER
                                       Acting Federal Defender

DATED: January 29, 2013          By:   /s/ Charles J. Lee
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       RAMIN ODISHO


## O R D E R

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:   January 29, 2013**          _____
                                       **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE