HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAMIN ODISHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-0260 LJO-SKO |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE: November 17, 2014 |
| RAMIN ODISHO, | TIME: 1:00 P.M. |
| *Defendant.* | JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 20, 2013, **may be continued to November 17, 2014 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of both parties as the parties have reached a Pretrial Deferred Prosecution Agreement on this case. The Agreement calls for Mr. Odisho to follow all directives of Pretrial Services and to obey all laws for a period of no more than 18 months, with a dismissal resulting from full compliance. Therefore, this lengthy continuance is requested to allow Mr. Odisho to take advantage of the agreement.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 16, 2013    By:    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: May 16, 2013    By:    /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
RAMIN ODISHO

**O R D E R**

The parties' request to continue the status conference presently set for May 20, 2013, to **November 17, 2014**, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto is granted to allow the Defendant to take advantage of the Pretrial Deferred Prosecution Agreement filed on May 16, 2013. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 17, 2013**            **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE